GAURAV BOBBY KALRA, ESQ.
Nevada Bar No. 16898
A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
bkalra@grsm.com
jguingcangco@grsm.com

*Attorneys for Defendant*
*Distributed Inc.*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRED YEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DISTRIBUTED INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:26-cv-02168-GMN-NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO COMPLAINT [ECF NO. 1]** |

Pursuant to Local Rule 7-1, Plaintiff Fred Yen and Defendant Distributed Inc., by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed his Complaint on July 17, 2026 [ECF No. 1].

2. Defendant was served with the Summons and Complaint on July 31, 2026.

3. Defendant recently retained counsel and a short extension is necessary to allow Defendant's counsel to obtain the case file and investigate the allegations in the Complaint before responding.

4. Plaintiff has no objection to the extension.

5. Therefore, the parties agree that Defendant's response to the Complaint is now due on or before **September 10, 2026**.

/ / /

IT IS SO STIPULATED.

DATED: August 20, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ A. Jill Guingcangco*

Gaurav Bobby Kalra
Nevada Bar No. 16898
A. Jill Guingcangco
Nevada Bar No. 14717
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
bkalra@grsm.com
jguingcangco@grsm.com

*Attorneys for Defendant Distributed Inc.*

DATED: August 20, 2026

**GREENBERG GROSS LLP**

*/s/ Eric K. Lundy*

Matthew T. Hale
Nevada Bar No. 16880
Eric K. Lundy
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
MHale@GGTrialLaw.com
ELundy@GGTrialLaw.com

*Attorneys for Plaintiff Fred Yen*

**ORDER**

IT IS SO ORDERED.



UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2026



GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101