MATTHEW T. HALE
Nevada Bar No. 16880
ERIC K. LUNDY
Nevada Bar No. 16921
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*MHale@GGTrialLaw.com*
*ELundy@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Fred Yen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRED YEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DISTRIBUTED INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:26-cv-02168-GMN-NJK<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND ORDER** |

IT IS HEREBY STIPULATED by and between Fred Yen, through his counsel of Greenberg Gross LLP, and Defendant Distributed Inc, by and through its counsel of Gordon Rees Scully Mansukhani, LLP, that the Early Neutral Evaluation currently scheduled for January 19, 2026, be vacated and continued to one of the below-proposed dates, or such other date as the Court deems appropriate. This Stipulation is submitted and based upon the following:

1. This case was assigned to the Early Neutral Evaluation Program under Local Rule 16-6, with Magistrate Judge Maximiliano D. Couvillier, III designated as the evaluating judge.

2. Plaintiff's counsel has a scheduling conflict, namely a private mediation on January 19, 2027 that cannot be rescheduled.

3. The parties have conferred and confirmed that all counsel and parties will not be prejudiced by a continuance of the ENE and they are available on:

- Any dates in January 2027 after January 19, 2027 or any date in February

2027 with the exception of February 1, 2027.

4. The Parties respectfully request that the ENE be continued to one of the aforementioned dates or to a date convenient for the evaluating judge.

Dated this 22nd day of September, 2026.

**GREENBERG GROSS LLP**

*/s/ Eric K. Lundy*
MATTHEW T. HALE
Nevada Bar No. 16880
ERIC K. LUNDY
Nevada Bar No. 16921
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff Fred Yen*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ A. Jill Guingcangco*
GAURAV BOBBY KALRA
Nevada Bar No. 16898
A. JILL GUINGCANGCO
Nevada Bar No. 14717
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

*Attorneys for Defendant Distributed Inc.*

**ORDER**

The Mediation in this case is **CONTINUED** to **February 2, 2027, at 9:00 a.m.** The Confidential Settlement Briefs are due by no later than **4:00 p.m., January 26, 2027**. All other aspects of the Court's 09/14/2026 Order (ECF No. 13) setting Mediation remain in effect.

IT IS SO ORDERED:

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2026